IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-278-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GABRIEL MANCILLA RIBERA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte* for the purpose of continuing the suppression hearing currently set for March 27, 2019. Due to an unavoidable conflict that has arisen on the court's calendar, after consultation with counsel, the suppression hearing is continued to **Monday, April 1, 2019, at 10:30 a.m.** in Courtroom 3 of the Alton Lennon Federal Building and Courthouse in Wilmington, North Carolina.

SO ORDERED, this the 25 day of March 2019.

Robert B. Jones, Jr.
United States Magistrate Judge