UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-0278-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| GABRIEL MANCILLA RIBERA | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 36 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 12th day of  April , 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE